UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-1507

TARACATAC-DOHERTY REAL
PROPERTY, INC.,

    Plaintiff,

v.

CENTURY SURETY COMPANY,

    Defendant,
_____/

**DEFENDANT, CENTURY SURETY COMPANY'S NOTICE OF REMOVAL**

    Defendant, CENTURY SURETY COMPANY ("Century"), by and through undersigned counsel with full reservation of rights including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdiction, procedural, and venue defenses as well as defenses to the merit of this action, hereby files with this Court, pursuant to 28 U.S.C §1441 and §1446, a Notice of Removal to the Court of a civil action filed in the 5th Judicial Circuit in and for Hernando County, Florida as Case No: 2022-CA-476 in which Century has been named as a Defendant and states as follows:

    1.    Plaintiff, Taracatac-Doherty Real Property, Inc., has filed an action in the Circuit Court of the 5th Judicial Circuit in and for Hernando County, Florida naming Century as a Defendant.

2. A copy of Plaintiff's Complaint, which was served on Century on June 1, 2022, is attached hereto as **Exhibit "A"**.

3. A complete copy of the state court file in Case No. 2022-CA-476 filed in the Circuit Court of the 5th Judicial Circuit in and for Hernando, Florida pursuant to 28 U.S.C §1446 is attached hereto as **Composite Exhibit "B"**.

4. Taracatac-Doherty Real Property, Inc. was incorporated in the State of Florida as a for-profit corporation and had its principal place of business in Hernando County, Florida; and thus, Plaintiff is a citizen of Florida. *See* SunBiz printout attached hereto as **Exhibit "C"**.

5. Taracatac-Doherty Real Property, Inc. has been administratively dissolved by the State of Florida. *See* **Ex. C.** However, under § 607.1405(1), Fla. Stat., an administratively dissolved entity continues its corporate existence and is not prevented from commencement of a proceeding by or against the corporation in its corporate name. *See New Life Rehab Med. Ctr. v. Mercury Ins. Co. of Fla.*, 326 So. 3d 1178, 1180 (Fla. 3d DCA 2021).

6. Defendant, Century, is an Ohio corporation with its principal place of business in Michigan. Century is therefore deemed a citizen of Ohio and Michigan for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1). Accordingly, there is complete diversity of citizenship between Plaintiff, a citizen of Florida, and Century, a citizen of Ohio and Michigan.

7.      Plaintiff's Complaint consists of one count against Century alleging breach of contract and merely alleges that they are seeking in excess of $30,000.00, the threshold jurisdictional amount in Florida Circuit Court.  The subject matter of the Complaint is an insurance claim, and the damages believed to be sought by Plaintiff, Taracatac-Doherty Real Property, Inc. exceed $177,000 based upon the damage estimate prepared by Plaintiff's contractor/estimator, Fairwinds Construction Services, LLC, establishing that the amount currently sought by Plaintiff as to the claims that are the subject of the Complaint is in excess of $75,000.  A copy of the estimate is attached hereto as **Exhibit "D"**.

8.      This Court has original jurisdiction of this matter pursuant to 29 U.S.C §1332, as there is complete diversity of citizenship between the Plaintiff and Defendant, and the amount in controversy exceeds $75,000. Removal of this matter is therefore proper under 28 U.S.C. §1441.

9.      Taracatac-Doherty Real Property, Inc. effected initial service of process of the Summons and Plaintiff's Complaint on Century on June 1, 2022.  Thus, Notice of Removal is being filed within thirty (30) days of Century being served with a copy of the Plaintiff's Complaint against Century as required by 28 U.S.C §1446(b).

10.     Because there is complete diversity of citizenship and the amount in controversy exceeds the jurisdictional amount, this Court has jurisdiction pursuant to 28 U.S.C § 1332.

11.  Pursuant to 28 U.S.C §1446(d), a copy of the Notice of Removal is being properly filed with the Clerk of the Circuit Court for the Fifth Judicial Circuit in and for Hernando County, Florida and served on counsel for Plaintiff.

WHEREFORE, the Defendant, Century Surety Company, submits that this Notice of Removal is good and sufficient, and that the aforesaid action is removed from the Fifth Judicial Circuit in and for Hernando County, Florida to the United States District Court for the Middle District of Florida, Tampa Division, for further proceedings.

Dated: July 1, 2022

[signature and certificate of service on next page]

Respectfully submitted,

**SIMON, REED & SALAZAR, P.A.**

*/s/ Michael Simon*
MICHAEL SIMON
Florida Bar No. 0062790
HOLLY M. JOHNSON
Florida Bar No. 0092792
Two Datran Center - Suite 1209
9130 S. Dadeland Blvd.
Miami, Florida 33156
Tel.: (305) 670-0776
Fax: (305) 670-0731
Email: msimon@simonreedlaw.com
Email: hjohnson@simonreedlaw.com
*Counsel for Century Surety Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF on this 1st day of July, 2022.

By: */s/ Michael Simon*

## SERVICE LIST

Maria Corvaia O'Donnell, Esq.
The People's Law, P.A.
2436 N. Federal Highway #440
Pompano Beach, Florida 33064
eservice@peopleslawteam.com
*Counsel for Plaintiff*